910

No. 601. ADAMSON ET AL. *v.* CANADA STEAMSHIP LINES, LTD. C. A. 6th Cir. Motion to join Harold H. Timanus, Administrator, et al., as parties petitioner, denied. Certiorari denied. *Elmer H. Groefsema* for petitioners. *Lucian Y. Ray* and *Lee C. Hinslea* for respondent. ▮

No. 304, Misc. JAMES ET AL. *v.* STATE OF WASHINGTON. Supreme Court of Washington. Certiorari denied. *Joseph Forer* and *Ravid Rein* for petitioners. *George E. Flood* for respondent. ▮

No. 362, Misc. SPEARS *v.* KANE, U. S. ATTORNEY, ET AL. C. A. 6th Cir. Certiorari denied. ▮

No. 367, Misc. CURTIS *v.* FORMAN, U. S. DISTRICT JUDGE. C. A. 3d Cir. Certiorari denied.

No. 406, Misc. PAYNE *v.* ASHE, WARDEN, ET AL. Supreme Court of Pennsylvania. Certiorari denied.

No. 414, Misc. NORVELL *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 420, Misc. CLARK *v.* SMYTH, SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 428, Misc. SLADE *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 429, Misc. GILLIS *v.* RAGEN, WARDEN. Circuit Court of Vermilion County, Illinois. Certiorari denied.

No. 431, Misc. BAKER *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. Criminal Court of Appeals of Texas. Certiorari denied.